UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEFFREY DUCK,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No:  6:14-cv-94-Orl-36GJK**

**ANSWER FINANCIAL, INC.,**

       **Defendant.**
_____/

# O R D E R

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Doc. 7).  In accord with the Notice of Voluntary Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Notice of Voluntary Dismissal With Prejudice is **APPROVED** (Doc. 7).

    2)    This cause is dismissed, with prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida on March 5, 2014.

*[signature: Charlene Edwards Honeywell]*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record